IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONNA MEADE,** | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Case No.: 2:12-cv-01083-VEH |
| **WEST BAY ACQUISITIONS, LLC,** a foreign limited liability company, and **CASCADE RECEIVABLES MANAGEMENT,** a foreign limited liability company, | ) |
| *Defendants.* | ) |

### VOLUNTARY NOTICE OF DISMISSAL *WITHOUT PREJUDICE*

**COMES NOW** Plaintiff, Donna Meade, pursuant to Rule 41(a)(1) of the FEDERAL RULES OF CIVIL PROCEDURE, and moves this Honorable Court to dismiss, without prejudice, her claims against the Defendants, West Bay Acquisitions, LLC and Cascade Receivables Management.  Furthermore, the undersigned respectfully notifies this Honorable Court that this case is now due to be closed.

**RESPECTFULLY SUBMITTED** this the 12th day of June, 2012.

/s/ Anthony B. Bush
Anthony Brian Bush, Esq.
Bar Id. #:  ASB-7306-A54B
Bush & Faulk, LLC
529 S. Perry Street, Suite 18
Montgomery, Alabama 36104
(334) 263-7733      Phone
(334) 832-4390      Fax
anthonybbush@yahoo.com